IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| KATHY FOSTER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FLYING J INC.,<br><br>　　　　　Defendant. | CV-06-88-BU-RFC-CSO<br><br>**ORDER** |

　　Pending before the Court is Plaintiff's Motion for Pro Hac Vice Admission of Dean Robinson. Attached as an exhibit to this motion is the "Application for Appearance Pro Hac Vice" signed by Dean Robinson. This application does not comply with Local Rule 83.3(e)(4) because it is not an "affidavit [signed] under penalty of perjury." Further, the use of the "/s/" for Mr. Robinson's signature on the exhibit violates Local Rule 11.1, because Mr. Robinson is not a registered user on this Court's CM/ECF system.

　　Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's Motion for Pro Hac Vice Admission of Dean Robinson (*Court's Doc. No. 31*) is **DENIED** with leave to renew.

　　DONE and DATED this 22nd day of February, 2007.

　　　　　　　　　　　　　　　　　**/S/** Carolyn S. Ostby
　　　　　　　　　　　　　　　　　Carolyn S. Ostby
　　　　　　　　　　　　　　　　　United States Magistrate Judge

-1-